MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00584 CW |
|---|---|---|
|    Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| OMAR RIVERA, | ) | Date: August 25, 2010 |
|    Defendant. | ) | Time: 10:00 a.m. |
|  | ) | Court: Hon. Donna M. Ryu |

     Defendant Omar Rivera is charged in a one-count indictment with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). On August 25, 2010, defendant appeared for an initial appearance before this Court. This Court set the matter for a further status hearing on August 26, 2010 at 9:30 a.m. Following the appearance on August 25, 2010, counsel for defendant learned, and informed the Court and counsel for the United States, that defendant will not be available at 9:30 a.m. on August 26, 2010, as a result of a state court appearance. In consultation with the parties, the Court therefore set the matter for a further status hearing on August 30, 2010 at 10:00 a.m.

     Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from August 25, 2010 to August 30, 2010 to allow for the effective

[PROPOSED] ORDER EXCLUDING TIME
No. CR-10-00584 CW

preparation of counsel given the volume of discovery that has been produced (approximately 159 pages of documents), and defense counsel's need to review the same. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 25, 2010 to August 30, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

    IT IS HEREBY ORDERED that:

    With the consent of defendant Rivera, the further status hearing scheduled on August 26, 2010 at 9:30 a.m. is vacated and reset to August 30, 2010 at 10:00 a.m., and the period from August 25, 2010 to August 30, 2010 is excluded from the Speedy Trial Act calculations for the effective preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: August 25, 2010

                                                  HONORABLE DONNA M. RYU
                                                United States Magistrate Judge