| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JOSHUA HILL (CABN 250842)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612 |
| 7 | Telephone:  (510) 637-3740<br>Facsimile:   (510) 637-3724<br>E-Mail:      Joshua.Hill2@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0543 PJH |
| Plaintiff, | ) ) | ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| MARTIN ROSS, | ) ) | |
| Defendant. | ) ) | |

The parties appeared for a detention hearing on August 23, 2010. The matter was continued to August 27, 2010 for a change of plea. Defense counsel stated that he required additional time to discuss the discovery in the case with the defendant. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 23, 2010 and August 27, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 23, 2010 and August 27, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between August 23,

ORDER TO EXCLUDE TIME
CR-10-0543 PJH

1  2010 and August 27, 2010 shall be excluded from computation under the Speedy Trial Act.  18
2  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3
4  DATED: August 30, 2010          _____
                                   HONORABLE DONNA M. RYU
5                                  United States Magistrate Judge

ORDER TO EXCLUDE TIME
CR-10-0543 PJH                       -2-