1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340-S
6    Oakland, California 94612
     Telephone:  (510) 637-3705
7    Facsimile:  (510) 637-3724
     E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,         )   No. CR-10-00584 CW
                                     )
14         Plaintiff,                )   ORDER EXCLUDING TIME PURSUANT
                                     )   TO THE SPEEDY TRIAL ACT
15     v.                            )
                                     )   Date:   August 30, 2010
16 OMAR RIVERA,                      )   Time:   10:00 a.m.
                                     )   Court:  Hon. Donna M. Ryu
17         Defendant.                )
                                     )
18

19      Defendant Omar Rivera is charged in a one-count indictment with being a felon in

20 possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).  On

21 August 30, 2010, defendant appeared before this Court and was arraigned.  This Court set the

22 matter for a further status hearing on September 17, 2010 at 10:00 a.m.  Additionally, the parties

23 agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from August

24 30, 2010 to September 17, 2010 to allow for the effective preparation of counsel given the

25 volume of discovery that has been produced (approximately 159 pages of documents), and

26 defense counsel's need to review the same and to meet with her client.  Given these

27 circumstances, the Court found that the ends of justice served by excluding the period from

28 //

ORDER EXCLUDING TIME
No. CR-10-00584 CW

Case 4:10-cr-00584-CW   Document 16   Filed 08/30/10   Page 2 of 2

August 30, 2010 to September 17, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of defendant Rivera, the period from August 30, 2010 to September 17, 2010 is excluded from the Speedy Trial Act calculations for the effective preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: August 30, 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

ORDER EXCLUDING TIME
No. CR-10-00584 CW