**FILED**

AUG 30 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00584 CW (DMR) |
| Plaintiff, ) | |
| ) | DETENTION ORDER |
| v. ) | |
| ) | |
| OMAR RIVERA ) | |
| Defendant. ) | |

I. DETENTION ORDER

Defendant Omar Rivera is charged in a one-count indictment with a violation of 18 U.S.C. § 922(g)(1)(felon in possession of a firearm). On August 25, 2010, the government moved for Mr. Rivera's detention and asked for a bail hearing, as permitted by 18 U.S.C. § 3142(f)(1)(E). Mr. Rivera did not request a full bail study. Pretrial Services did, however, prepare a criminal record report. At the August 30, 2010 proceeding before this Court, Mr. Rivera waived the timing of his right to proffer information at a bail hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by

DETENTION ORDER
CR 10-00584-CW (DMR)                                1

cc: Copy to parties via ECF, Nikki, Pret. Svcs., 2 Certified Copies to US Marshal

proffer or otherwise), but he retained his right to a hearing at another time, should his circumstances change. The Court notes that Mr. Rivera currently is subject to a state parole hold.

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Rivera as a serious risk of flight and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Rivera as a serious flight risk. Because Mr. Rivera waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Mr. Rivera's request at any future time.

Mr. Rivera shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: August 30, 2010

DONNA M. RYU
United States Magistrate Judge