MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00584 CW |
|     Plaintiff, ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. ) | |
| OMAR RIVERA, ) | |
|     Defendant. ) | |

    TO:    The Honorable Laurel Beeler, United States Magistrate Judge of the United States District Court for the Northern District of California:

    Assistant United States Attorney James C. Mann respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, OMAR RIVERA (PFN AXA681), whose place of custody and jailor are set forth in the requested Writ, attached

////

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-10-00584 CW

1 | hereto.  The prisoner is required as the defendant in the above-entitled matter in this Court, and
2 | therefore petitioner prays that this Court issue the Writ as presented.
3 |
4 | Dated: September 16, 2010                    Respectfully submitted,
5 |                                              MELINDA HAAG
6 |                                              United States Attorney
7 |
8 |                                              _____/s/_____
                                                 JAMES C. MANN
                                                 Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-10-00584 CW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00584 CW |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| OMAR RIVERA, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant OMAR RIVERA (PFN AXA681) before the Hon. Laurel Beeler, United States Magistrate Judge, at 10:00 a.m. on Monday, September 20, 2010 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: September 16, 2010

_____
LAUREL BEELER
United States Magistrate Judge

PETITION AND [~~PROPOSED~~] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-10-00584 CW