MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>      Plaintiff,                                     )<br>                                                               )<br>   v.                                                        )<br>                                                               )<br>OMAR RIVERA,                                     )<br>                                                               )<br>      Defendant.                                 )<br>                                                               )<br>                                                               )<br>_____) | No. CR-10-00584 CW<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 20, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    September 17, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. Laurel Beeler |

       The above-captioned matter was set on September 17, 2010 before this Court.  The parties request that the Court continue the hearing to September 20, 2010 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act between September 16, 2010 and September 20, 2010.

       Defendant is charged in a one-count indictment with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).  On August 25, 2010, defendant appeared for an initial appearance before this Court.  On the same date, the government produced 159 pages of discovery to defense counsel.  Defendant requires additional time to review the discovery produced by the government, to investigate this matter, and to

1  effectively prepare for the hearing taking into account the exercise of due diligence.
2  Additionally, defense counsel is not available on September 17, 2010.  The extension is not
3  sought for delay.  The parties agree the ends of justice served by granting the continuance
4  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, the
5  parties further stipulate and request that the Court exclude time between the date of this
6  stipulation and September 20, 2010 under the Speedy Trial Act for effective preparation of
7  counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
8
9  DATED: September 16, 2010
10
11
    _____/s/_____              _____/s/_____
12  JAMES C. MANN                                  JOYCE LEAVITT
    Assistant United States Attorney               Counsel for Omar Rivera
13  Counsel for United States
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 20, 2010 AND TO EXCLUDE TIME
No. CR-10-00584 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>        Plaintiff,                              )<br>                                                         )<br>        v.                                         )<br>                                                         )<br>OMAR RIVERA,                            )<br>                                                         )<br>        Defendant.                         )<br>                                                         )<br>                                                         )<br>_____ ) | No. CR-10-00584 CW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 20, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   September 17, 2010<br>Time:  10:00 a.m.<br>Court:  Hon. Laurel Beeler |

The parties jointly requested that the hearing in this matter be moved from September 17, 2010 to September 20, 2010, and that time be excluded under the Speedy Trial Act between those dates. Defendant is charged in a one-count indictment with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). On August 25, 2010, defendant appeared for an initial appearance before this Court. On the same date, the government produced 159 pages of discovery to defense counsel. Defendant requires additional time to review the discovery produced by the government, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. Additionally, defense counsel is not available on September 17, 2010. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 20, 2010 AND TO EXCLUDE TIME
No. CR-10-00584 CW

1  outweigh the best interests of the public and the defendant in a speedy trial.  For these stated
2  reasons, the Court finds that the ends of justice served by granting the continuance outweigh the
3  best interests of the public and the defendant in a speedy trial.  Good cause appearing therefor,
4  and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

5  **IT IS HEREBY ORDERED** that the hearing in this matter is moved from September
6  17, 2010 to September 20, 2010 at 10:00 a.m. before this Court, and that time between
7  September 16, 2010 and September 20, 2010 is excluded under the Speedy Trial Act to allow for
8  the effective preparation of counsel, taking into account the exercise of due diligence, and for
9  continuity of defense counsel.

11  DATED: September 16, 2010                    _____
                                                 LAUREL BEELER
12                                               United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 20, 2010 AND TO EXCLUDE TIME
No. CR-10-00584 CW