MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00584 CW |
|     Plaintiff, | )<br>)<br>) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| OMAR RIVERA, | )<br>) | Date:     September 20, 2010<br>Time:    10:00 a.m. |
|     Defendant. | )<br>)<br>)<br>) | Court:   Hon. Laurel Beeler |

      Defendant Omar Rivera is charged in a one-count indictment with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).  On September 20, 2010, defendant appeared for Status/Motion Setting/Trial Setting appearance before this Court.  This Court set the matter for a further status hearing on September 28, 2010 at 10:00 a.m.  Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from September 20, 2010 to September 28, 2010, to allow for the effective preparation of counsel given the volume of discovery that has been produced (approximately 159 pages of documents and two CDs), and defense counsel's need to review the same.  Given these circumstances, the Court found that the ends of justice served by excluding

[PROPOSED] ORDER EXCLUDING TIME
No. CR-10-00584 CW

1  the period from September 20, 2010 to September 28, 2010 outweigh the best interest of the
2  public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3      IT IS HEREBY ORDERED that:
4          With the consent of defendant Rivera, the period from September 20, 2010 to
5  September 28, 2010 is excluded from the Speedy Trial Act calculations for the effective
6  preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18
7  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
8
9  IT IS SO ORDERED
10
11 DATED: September 22, 2010
12
                                      LAUREL BEELER
13                                       United States Magistrate Judge

[~~PROPOSED~~] ORDER EXCLUDING TIME
No. CR-10-00584 CW