1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney

5
     1301 Clay Street, Suite 340-S
6    Oakland, California 94612
     Telephone:  (510) 637-3705
7    Facsimile:  (510) 637-3724
     E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,         )    No. CR-10-00584 CW
                                      )
14         Plaintiff,                 )    ORDER EXCLUDING TIME PURSUANT
                                      )    TO THE SPEEDY TRIAL ACT
15     v.                             )
                                      )    Date:    September 28, 2010
16  OMAR RIVERA,                      )    Time:    10:00 a.m.
                                      )    Court:   Hon. Donna M. Ryu
17         Defendant.                 )
                                      )
18                                    )
                                      )
19

20         Defendant Omar Rivera is charged in a one-count indictment with being a felon in

21  possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).  On

22  September 28, 2010, defendant appeared for Further Status or Motion/Trial Setting appearance

23  before this Court.  This Court set the matter for a further status hearing on October 12, 2010 at

24  10:00 a.m.  Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial

25  Act (18 U.S.C. § 3161) from September 28, 2010 to October 12, 2010, to allow for the effective

26  preparation of counsel given the volume of discovery that has been produced, and defense

27  counsel's need to review the same.  Given these circumstances, the Court found that the ends of

28  justice served by excluding the period from September 28, 2010 to October 12, 2010 outweigh

ORDER EXCLUDING TIME
No. CR-10-00584 CW

1 | the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A)
2 | and (B)(iv).
3 |         IT IS HEREBY ORDERED that:
4 |             With the consent of defendant Rivera, the period from September 28, 2010 to
5 | October 12, 2010 is excluded from the Speedy Trial Act calculations for the effective
6 | preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18
7 | U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
8 |
9 | IT IS SO ORDERED
10 |
11 | DATED: September 29, 2010
12 |
13 |                                         HONORABLE DONNA M. RYU
                                            United States Magistrate Judge

ORDER EXCLUDING TIME
No. CR-10-00584 CW