MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00584 CW |
| ) | |
| Plaintiff, ) | ORDER EXCLUDING TIME PURSUANT |
| ) | TO THE SPEEDY TRIAL ACT |
| v. ) | |
| ) | Date: October 12, 2010 |
| OMAR RIVERA, ) | Time: 10:00 a.m. |
| ) | Court: Hon. Donna M. Ryu |
| Defendant. ) | |
| ) | |

     Defendant Omar Rivera is charged in a one-count indictment with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). On October 12, 2010, defendant appeared for a Further Status or Motion/Trial Setting or Change of Plea appearance before this Court. This Court set the matter for a further status hearing on November 12, 2010 at 10:00 a.m. Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from October 12, 2010 to November 12, 2010, to allow for the effective preparation of counsel given defense counsel's need to investigate this matter further. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 12, 2010 to November 12, 2010 outweigh

ORDER EXCLUDING TIME
No. CR-10-00584 CW

1  the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A)
2  and (B)(iv).
3           IT IS HEREBY ORDERED that:
4                   With the consent of defendant Rivera, the period from October 12, 2010 to
5  November 12, 2010 is excluded from the Speedy Trial Act calculations for the effective
6  preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18
7  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
8
9  IT IS SO ORDERED
10
11  DATED: October  12 , 2010
12
           HONORABLE DONNA M. RYU
13         United States Magistrate Judge

ORDER EXCLUDING TIME
No. CR-10-00584 CW