MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00584 CW |
| Plaintiff, | ) ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| OMAR RIVERA, | ) | Date:     November 15, 2010 |
| Defendant. | ) ) | Time:    10:00 a.m.<br>Court:   Hon. Laurel Beeler |
| | ) ) ) | |

      Defendant Omar Rivera is charged in a one-count indictment with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). On November 15, 2010, defendant appeared for a status conference before this Court. This Court set the matter for a further status conference on November 29, 2010 at 10:00 a.m. Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from November 15, 2010 to November 29, 2010, to allow for the effective preparation of counsel given defense counsel's need to investigate this matter further and to conduct legal research for potential motions. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 15, 2010 to November 29, 2010 outweigh the best interest

[PROPOSED] ORDER EXCLUDING TIME
No. CR-10-00584 CW

1  of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2   IT IS HEREBY ORDERED that:

3    With the consent of defendant Rivera, the period from November 15, 2010 to
4  November 29, 2010 is excluded from the Speedy Trial Act calculations for the effective
5  preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18
6  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

8  IT IS SO ORDERED

10  DATED: November 16, 2010

           LAUREL BEELER
           United States Magistrate Judge

[PROPOSED] ORDER EXCLUDING TIME
No. CR-10-00584 CW