BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant OMAR RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | No. CR10-00584 CW |
| Plaintiff,  ) | |
| ) | SECOND AMENDED STIPULATION |
| v.  ) | AND ORDER CONTINUING REPLY |
| ) | & HEARING DATE; EXCLUSION OF |
| ) | TIME |
| OMAR RIVERA,  ) | |
| ) | |
| Defendant.  ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant Omar Rivera's reply brief in support of motion to suppress evidence, currently due to be filed on February 9, 2011 may be filed no later than February 16, 2011; the hearing on defendant's motion to suppress evidence, currently scheduled for February 23, 2011, at 2:00 p.m. may be vacated and continued to Wednesday, March 30, 2011, at 2:00 p.m. Government counsel is unavailable from February 21 through March 4, 2011 and defense counsel is unavailable from March 14 through March 27, 2011. The above stipulation would allow government counsel time to prepare for the hearing. It would

1  also allow defense counsel an additional week to file the reply brief.

2      IT IS FURTHER STIPULATED that the time until March 30, 2011, shall be excluded in

3  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for

4  effective preparation and continuity of counsel, and 18 U.S.C. §3161(h)(1)(D) for delay resulting

5

6  from the preparation and filing of the pretrial motion to suppress until the conclusion of the hearing.

7  DATED: 2/2/11                         ____/s/_____
8                                              JOYCE LEAVITT
9                                              Assistant Federal Public Defender

10 DATED: 2/2/11                         _____/s/_____
11                                               JAMES MANN
12                                             Assistant United States Attorney

13

14     I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

15

16 / /

17 / /

18 / /

19

20

21

22

23

24

25

26

*U S v.Omar Rivera*, CR 10-00584 CW;
Amended stip. continuing reply & hearing date         - 2 -

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Omar Rivera's reply brief in support of motion to suppress evidence may be filed no later than February 16, 2011; the hearing on defendant's motion shall be continued to March 30, 2011, at 2:00 p.m.

IT IS FURTHER ORDERED that the time until March 30, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation and continuity of counsel, and 18 U.S.C. §3161(h)(1)(D) for delay resulting from the preparation and filing of the pretrial motion until the conclusion of the hearing. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial and failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: **2/3/2011**

_____
HONORABLE CLAUDIA WILKEN
United States District Judge